1024

Scott J. Miller, *Appellant*, v. King County, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 83-2-13141-3, Charles V. Johnson, J., entered December 21, 1984. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Grosse, JJ.

The State of Washington, *Respondent*, v. William E. Paxton, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-1-00558-9, Daniel T. Kershner, J., entered May 2, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Coleman, J.

The State of Washington, *Respondent*, v. Henry Williamson, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84-1-00217-7, Robert L. Charette, J., entered September 3, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.